623 A.2d 815

**CITY OF WILKES–BARRE, Appellant,**

v.

**WILKES–BARRE FIREFIGHTERS ASSOCIATION, Local 104, International Association of Firefighters, AFL–CIO.**

Supreme Court of Pennsylvania.

Argued April 5, 1993.

Decided April 30, 1993.

Mark A. Van Loon, William T. Finnegan, Jr., James C. Oschal, Wilkes–Barre, for Wilkes–Barre.

Kenneth M. Jarin, John A. DiNome, Philadelphia, for amicus/League of Cities.

Thomas W. Jennings, Philadelphia, for W.B.F.F.

Stephen C. Richman, Paula R. Markowitz, Philadelphia, for amicus/St. Assoc. of F.F.

Thomas H. Kohn, Philadelphia, for W.B.F.F.

Anthony C. Busillo, II, Harrisburg, for amicus/F.O.P. Lodge.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

ORDER

PER CURIAM:

Order affirmed.